IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DONNA SNIPES CLARK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 7:07-CV-172(HL) |
| WAL-MART STORES EAST LP, | : |
| Defendant. | : |

## ORDER

Plaintiff died on or about November 9, 2008. Jerome Clark and Michelle Kastelic, as Co-Administrators of the Estate of Donna Snipes Clark, have filed a Motion for Substitution of Plaintiff (Doc. 30). As required by Federal Rule of Civil Procedure 25, they have also filed a Motion for Hearing (Doc. 31).

Defendant has filed a Stipulation (Doc. 32) waiving its right to a hearing. Thus, the Motion for Hearing is denied as moot. In addition, it appears to the Court that Defendant, having waived its right to a hearing, consents to the substitution of these parties for Plaintiff. As a result, the Motion for Substitution of Plaintiff is granted. If Defendant objects to the granting of this Motion, it shall file a Motion for Reconsideration within ten (10) days of the entry of this Order.

**SO ORDERED**, this the 25th day of February, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc